IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA MAHACH-WATKINS,             No. C 05-01143 SI

       Plaintiff,                               **PRETRIAL PREPARATION ORDER**

  v.

LARRY DEPEE,

       Defendant.
                                    /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 4, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 4, 2006.

DESIGNATION OF EXPERTS: 10/6/06; REBUTTAL: 10/16/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 3, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by August 18, 2006;

    Opp. Due September 1, 2006; Reply Due September 15, 2006;

    and set for hearing no later than September 22, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 28, 2006 at 3:30 PM.

Jury TRIAL DATE: December 11, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation. Counsel shall inform the Court of the name of the mediator and the date of the mediation session. The mediation session shall be completed by April 28, 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/9/05

                                                           SUSAN ILSTON
                                                           United States District Judge