BILL LOCKYER
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General
DAVID W. HAMILTON, State Bar No. 88587
Deputy Attorney General
  E-mail: David.Hamilton@doj.ca.gov.
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-2193
  Fax: (510) 622-2121

S. MICHELE INAN, State Bar No. 119205
Deputy Attorney General
  E-mail: Michele.Inan@doj.ca.gov
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5474
  Fax: (415) 703-5480

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MAHACH-WATKINS, Individually and as the Successor in Interest to the Estate of JOHN JOSEPH WAYNE WATKINS,<br><br>                          Plaintiff,<br><br>v.<br><br>LARRY DEPEE, STATE OF CALIFORNIA, and DOES 1 through 100, Inclusive,<br><br>                          Defendants. | CASE NO. C-05-1143-SI<br><br>**[Proposed] STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION TO COMPEL FURTHER ANSWERS TO INTERROGATORIES**<br>[Local Rule 26-2] |

      In order to allow the parties additional time to meet-and-confer in an effort to resolve their dispute over defendant State of California's first and second sets of interrogatories directed

[Prop.] Stip. & Order Extend. Time to File Mot.
to Compel Further Answers to Interrogs.

Sylvia Mahach-Watkins v. Depee
Case No. 05-1143-SI

1

to the plaintiff, the parties hereby stipulate to extend the time allowed for defendant to file a motion to compel as to these interrogatory responses for one week beyond the time provided under U.S. District Court (N.D. Cal.) Local Rule 26-2, through close of business on September 5, 2006.

SO STIPULATED:

Date: 8-28-2006

DAVID W. HAMILTON, ESQ.
S. MICHELE INAN, ESQ.
Deputy Attorneys General

Attorneys for Defendants

Date: 8-24-06

MARY HELEN BEATIFICATO, ESQ.
TORY M. PANKOPF, ESQ.

Attorneys for Plaintiff

SO ORDERED:

Dated: _____

HON. SUSAN ILLSTON
United States District Judge

Stip.Ext.Time.MotCompel.wpd

[Prop.] Stip. & Order Extend. Time to File Mot. to Compel Further Answers to Interrogs.

Sylvia Mahach-Watkins v. Depee
Case No. 05-1143-SI

2