**BEATIFICATO & ASSOCIATES**
Mary Helen Beatificato (State Bar No.: 220936)
2 Venture Plaza, Suite 380
Irvine, California 92618
Telephone: (949) 585-0483
Facsimile: (949) 585-0480
E-Mail: mh@oclitigators.com

Tory M. Pankopf (SBN 202581)
**LAW OFFICES OF TORY M. PANKOPF**
611 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (530) 725-8263  Fax: (530) 725-8264
Email: tppankopf@sbcglobal.net

Attorneys for Plaintiff

# IN AND THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MAHACH-WATKINS, **Individually and as the Successor in Interest to the Estate of JOHN JOSEPH WAYNE WATKINS,**<br><br>Plaintiff,<br><br>vs.<br><br>**LARRY DEPEE, STATE OF CALIFORNIA, and DOES 1 through 100, Inclusive,**<br><br>Defendants. | CASE NO: C-05-1143-SI<br><br>[Proposed] STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION TO COMPEL<br><br>[LR-26-2]<br><br>Date:<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston |

    Plaintiff SYLVIA MAHACH-WATKINS, by and through her undersigned counsel, and Defendants' LARRY DEPEE and the STATE OF CALIFORNIA, by and through their undersigned counsel, pursuant to Local Rule 26-2, stipulate to extend time for Defendants' to file their motion to compel further responses to first and second sets of interrogatories to September 21, 2006.

- 1 –

[Proposed] Stipulation and Order to Extend time to File Motion
to Compel Answers to Interrogs.

Watkins v. Depee, et al.
Case No. C-05 1143-SI

1  The purpose for the stipulation is that the Plaintiff has agreed to provide Defendants
2 with supplemental responses to their first and second sets of interrogatories. Plaintiff has
3 agreed to provide her supplemental responses by September 14, 2006. Defendants' counsel will
4 be unavailable until September 18, 2006. So, Defendant's counsel will need until September
5 21, 2006, to review Plaintiff's supplemental responses and determine whether he feels the
6 responses are responsive or whether he will need to file a motion to compel further responses.

8 SO STIPULATED.

10 DATED: August 30, 2006                    BEATIFICATO & ASSOCIATES

13                                           BY: /S/ MARY H. BEATIFICATO
                                                  MARY H. BEATIFICATO
                                                  Attorneys for Plaintiff

16 DATED: August 30, 2006

18                                           BY: /S/ DAVID W. HAMILTON
                                                  DAVID W. HAMILTION
                                                  Deputy Attorney General
                                                  Attorney for Defendants

22 PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 DATED: August ____, 2006

                                             _____
                                             HON. SUSAN ILLSTON
                                             United States District Judge

- 2 –

**Law Offices of**
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

[Proposed] Stipulation and Order to Extend time to File Motion
to Compel Answers to Interrogs.                     Watkins v. Depee, et al.
                                                    Case No. C-05 1143-SI