**BEATIFICATO & ASSOCIATES**
Mary Helen Beatificato (State Bar No.: 220936)
2 Venture Plaza, Suite 380
Irvine, California 92618
Telephone: (949) 585-0483
Facsimile: (949) 585-0480
E-Mail: mh@oclitigators.com

Tory M. Pankopf (SBN 202581)
**LAW OFFICES OF TORY M. PANKOPF**
611 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (530) 725-8263  Fax: (530) 725-8264
Email: tppankopf@sbcglobal.net

Attorneys for Plaintiff

# IN AND THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MAHACH-WATKINS, Individually and as the Successor in Interest to the Estate of JOHN JOSEPH WAYNE WATKINS,<br><br>**Plaintiff,**<br><br>vs.<br><br>**LARRY DEPEE, STATE OF CALIFORNIA, and DOES 1 through 100, Inclusive,**<br><br>**Defendants.** | CASE NO: C-05-1143-SI<br><br>[Proposed] STIPULATION AND ORDER TO CHANGE TIME ON HEARING ON MOTION FOR SUMMARY JUDGMENT<br><br>[LR-6-2]<br><br>Date:<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston |

Plaintiff SYLVIA MAHACH-WATKINS, by and through her undersigned counsel, and Defendants' LARRY DEPEE and the STATE OF CALIFORNIA, by and through their undersigned counsel, pursuant to Local Rule 6-2, stipulate to change the hearing date on Defendants' motion for summary judgment ("Motion") from September 22, 2006 (the "Parties"). The Parties have asked for only a 1-week extension of time on the hearing date.

- 1 –

**Law Offices of**
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

[Proposed] Stipulation and Order to Move Hearing Date
on Motion for Summary Judgment

Watkins v. Depee, et al.
Case No. C-05 1143-SI

1  However, the Court's Clerk, Ms. Tracy Sutton, has advised that the October 6, 2006, date is
2  better for the Court's motion calendar.
3      Pursuant to the Pre-trial Order, dispositive motions are to be filed on August 18, 2006,
4  Opposition is due September 1, 2006, the reply is due September 15, 2006, and the hearing date
5  is set for September 22, 2006.
6      The new stipulated dates to file Plaintiff's opposition and Defendants' reply shall be
7  September 8, 2006, and September 22, 2006, respectively (1-week extension).
8      The purpose for the stipulation is that the motion for summary judgment filed by the
9  Defendants is based upon numerous grounds and is fact intensive. Over 10 depositions have
10 been taken and the Plaintiff needs to co-ordinate obtaining written declarations from her
11 multiple expert witnesses.
12     Furthermore, Plaintiff's counsel has been involved in a 24-day jury trial (July 31-August
13 23, 2006) in Orange County Superior Court, State of California, in the matter of Estates at
14 Monarch Cove vs. Rodarte. Again, Plaintiff believes only 1-week is needed to prepare her
15 opposition to the Motion, but the Clerk advises Plaintiff that October 6, 2006, will better suit the
16 Court's calendar.

18 SO STIPULATED.

20 DATED: August 30, 2006          BEATIFICATO & ASSOCIATES

22                                    BY: /S/ MARY H. BEATIFICATO
23                                         MARY H. BEATIFICATO
                                          Attorneys for Plaintiff

- 2 –

Law Offices of
Tory M. Pankopf
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

[Proposed] Stipulation and Order to Move Hearing Date
on Motion for Summary Judgment                                           Watkins v. Depee, et al.
                                                                                                     Case No. C-05 1143-SI

1  DATED: August 30, 2006

2

3
                                  BY: /S/ DAVID W. HAMILTON

4
                                    DAVID W. HAMILTION
                                    Deputy Attorney General

5
                                    Attorney for Defendants

6

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9  DATED: August ____, 2006

10

11  _____

12  HON. SUSAN ILLSTON
    United States District Judge

- 3 –

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

[Proposed] Stipulation and Order to Move Hearing Date
on Motion for Summary Judgment

<u>Watkins v. Depee, et al</u>.
Case No. C-05 1143-SI