**BEATIFICATO & ASSOCIATES**
Mary Helen Beatificato (State Bar No.: 220936)
2 Venture Plaza, Suite 380
Irvine, California 92618
Telephone: (949) 585-0483
Facsimile:  (949) 585-0480
E-Mail:  mh@oclitigators.com

Tory M. Pankopf (SBN 202581)
**LAW OFFICES OF TORY M. PANKOPF**
611 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (530) 725-8263  Fax: (530) 725-8264
Email: tppankopf@sbcglobal.net

Attorneys for Plaintiff

# IN AND THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MAHACH-WATKINS, Individually and as the Successor in Interest to the Estate of JOHN JOSEPH WAYNE WATKINS,<br><br>**Plaintiff,**<br><br>vs.<br><br>**LARRY DEPEE, STATE OF CALIFORNIA, and DOES 1 through 100, Inclusive,**<br><br>**Defendants.** | CASE NO:  C-05-1143-SI<br><br>[Proposed] STIPULATION AND ORDER TO CHANGE TIME ON DISCLOSURE OF EXPERT WITNESSES<br><br>[LR-6-2]<br><br>Date:<br>Time:     9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge:     Hon. Susan Illston |

  Plaintiff SYLVIA MAHACH-WATKINS, by and through her undersigned counsel, and Defendants' LARRY DEPEE and the STATE OF CALIFORNIA, by and through their undersigned counsel, pursuant to Local Rule 6-2, stipulate to change the time the parties are to designate their respective expert witnesses from October 6, 2006, to October 13, 2006 (the "Parties").

- 1 –

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV  89511
(530) 725-8263

[Proposed] Stipulation and Order to Continue
Date to Disclose Expert Witnesses

Watkins v. Depee, et al.
Case No. C-05 1143-SI

1  Good cause exists for this continuance because the Plaintiff just learned on Friday,
2  September 29, 2006, that their expert witness regarding police procedures died September 12,
3  2006. Further, their ballistic expert just informed them that he has been diagnosed with cancer
4  and is taking treatment which will make him unavailable for a December 11, 2006, trial date.
5  Pursuant to the Pre-trial Order, expert witness disclosures are to be made October 6,
6  2006. The Parties request that the date to disclose expert witnesses is continued 1 week for the
7  purpose of discussing this issue and the issue of the trial date at the hearing on the motion for
8  summary judgment that is currently set for this Friday, October 6, 2006.

10  SO STIPULATED.

12  DATED: October 2, 2006        BEATIFICATO & ASSOCIATES

14  
15  BY: /S/ MARY H. BEATIFICATO
        MARY H. BEATIFICATO
        Attorneys for Plaintiff
16  
17  DATED: October 2, 2006

19  BY: /S/ DAVID W. HAMILTON
        DAVID W. HAMILTON
        Deputy Attorney General
        Attorney for Defendants

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24  DATED: October ____, 2006

        _____
        HON. SUSAN ILLSTON
        United States District Judge

- 2 –

**Law Offices of**
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

[Proposed] Stipulation and Order to Continue
Date to Disclose Expert Witnesses

Watkins v. Depee, et al.
Case No. C-05 1143-SI

# DECLARATION OF MARY HELEN BEATIFICATO
# IN COMPLIANCE WITH LR 6-2

I, Mary Helen Beatificato, declare and state,

1. I am a member in good standing of the State Bar of California, and licensed to practice law before all of the courts of this state and this federal judiciary. If called as a witness, I could competently testify as to all of the matters contained herein. All of the facts set forth in this declaration are based on my own personal knowledge.

2. The reason for the enlargement of the time from October 6, 2006, to October 13, 2006, is because I just learned this last Friday, September 29, 2006, that our police procedures expert, Mr. Frank Saunders, passed away on September 12, 2006. Furthermore, our ballistic expert has advised us he has cancer and is undergoing therapy and treatment. As a result, he will not be available for a December 11, 2006, trial date. Given the untimely death of Mr. Saunders and our ballistic experts' unfortunate serious illness, it will be impossible to find experts to replace either man and be ready for trial.

3. The Court has previously issued an order continuing the non-expert discovery from August 4, 2006, to August 17, 2006.

4. The Court, by stipulation and order, continued the date to respond to defendants' motion for summary judgment from September 1, 2006, to September 8, 2006. Accordingly, the defendants' reply was not due until September 22, 2006. And, for the purpose of accommodating the Court's calendar, the hearing on the motion for summary judgment was continued to October 6, 2006, rather than September 29, 2006.

5. There has been no other modification to the pre-trial order.

6. The purpose of the request for only 1 week at this time is because the parties will be before the court this Friday, October 6, 2006, on the hearing regarding defendants' motion for summary judgment. The parties wish to discuss the death of plaintiff's expert witness and the unavailability of their ballistics expert at the hearing.

- 3 –

Law Offices of
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

[Proposed] Stipulation and Order to Continue
Date to Disclose Expert Witnesses

Watkins v. Depee, et al.
Case No. C-05 1143-SI

1. 7. The effect of the request for continuing the disclosure of expert witnesses will necessitate the continuance of the trial date. Given that expert witness cutoff date is November 3, 2006, and the trial date is December 11, it is inconceivable that we could find alternate expert witnesses to replace Mr. Saunders and our ballistics expert at this late date.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 2nd day of October, 2006, at Irvine, California.

                          /S/ MARY HELEN BEATIFICATO
                          MARY HELEN BEATIFICATO
                          Declarant

- 4 –

**Law Offices of**
**Tory M. Pankopf**
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

[Proposed] Stipulation and Order to Continue
Date to Disclose Expert Witnesses

Watkins v. Depee, et al.
Case No. C-05 1143-SI