IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA MAHACH-WATKINS,

        Plaintiff,

  v.

LARRY DEPEE,

        Defendant.
                                        /

No. C 05-01143 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>N/A</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>CLOSED</u>.

DESIGNATION OF EXPERTS: <u>1/15/07</u>; REBUTTAL: <u>1/29/07</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 2, 2007</u>.

PRETRIAL CONFERENCE DATE: <u>May 15, 2007</u> at <u>3:30 PM</u>.

Jury TRIAL DATE: <u>May 29, 2007</u> at <u>8:30 AM.</u>,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Further briefing re: due process claim: 1) deft. File 11/14/06, 2) pltf. File 11/21/06. The motion will be submitted without oral argument.
Plaintiff anticipates filing a motion to bifurcate.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/1/06

                                                    SUSAN ILLSTON
                                                    United States District Judge