LAW OFFICES OF

# MARY H. BEATIFICATO

2 VENTURE
# 380
IRVINE, CALIFORNIA 92618
FAX (949) 585-0480

———

TELEPHONE
(949) 585-0483

MARY HELEN BEATIFICATO, .ESQ.                                                              E-MAIL: :mh@oclitigators.com

March 3, 2007

The Hon. Susan Illston
United States District Judge
Northern District of California
450 Golden Gate Avenue, Ctrm. 10, 19th Floor
San Francisco, California 94102

      Re:    Watkins v. State of California
              U.S. Dist. Ct. (N.D. Cal.) No. C-05-1143-SI

Dear Judge Illston:

On or about February 6, 2007, per your Standing Order, Defendants filed a letter brief seeking the Court's intervention on issues relating to the deposition of Plaintiff's retained expert, Dr. Kris Sperry. Specifically, Defendants sought an order from this Court seeking to have Plaintiff pay the costs associated with bringing Dr. Sperry to California for deposition and reducing Dr. Sperry's hourly rate for deposition. Thereafter, on or about February 13, 2007, Plaintiff responded to Defendants' letter brief advising this Court of additional facts and law pertinent to the resolution of this dispute. However, as of the date of this letter, the parties have not received a ruling from the Court.

Plaintiff wishes to advise this Court that on March 2, 2007, Defendants took the deposition of Dr. Sperry via video-conference, with counsel being present in San Francisco and the deponent remaining in Georgia. Further, prior to the commencement of Dr. Sperry's deposition, expert witnesses fees of $1,500.00 were tendered to Dr. Sperry for an anticipated two hours of deposition testimony. Dr. Sperry's deposition having been concluded on March 2, 2007 and the required expert witness fees having been tendered, Plaintiff believes that the issues presently under submission with this Court are now moot.

Sincerely,


MARY H. BEATIFICATO
Attorney for Plaintiff

cc:  Judge Illston, Courtesy Copy via U.S. mail