

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1515 CLAY STREET, 20TH FLOOR
P.O. BOX 70550
OAKLAND, CA 94612-0550

Public: (510) 622-2100
Telephone: (510) 622-2193
Facsimile: (510) 622-2121
E-Mail: David.Hamilton@doj.ca.gov

March 5, 2007

The Hon. Susan Illston
United States District Judge
United States District Court
Northern District of California
450 Golden Gate Ave., Ctrm. 10, 19th Floor
San Francisco, California 94102

RE: Sylvia Mahach-Watkins, et al. v. Larry Depee, et al.
U.S. Dist. Ct. (N.D. Cal.) No. C-05-1143-SI

Dear Judge Illston:

This is in response to the plaintiff's letter to the Court dated March 3, 2007 regarding the parties' discovery dispute about the deposition of plaintiff's expert pathologist, Dr. Kris Sperry. Although defendants completed the deposition of Dr. Sperry on March 2 (the cut-off date for expert discovery set by the Court), one issue under submission most certainly is not moot, notwithstanding the claims of plaintiff's counsel.

In order to avoid paying the exorbitant costs associated with either flying Dr. Sperry out to California for his deposition or defense counsel traveling to Georgia, defendants opted for the next best choice of taking Dr. Sperry's deposition by video conference. Defendants were forced to pay the deposition fee of $750 per hour demanded by plaintiff and Dr. Sperry in order to obtain their cooperation. Defendants still believe that Dr. Sperry's deposition fee should be reduced to $450 per hour, for the reasons explained in their letter brief of February 6, 2007.

The Hon. Susan Illston
March 5, 2007
Page 2

Having already paid Dr. Sperry $1,500 for his two-hour deposition, defendants respectfully request that the Court order plaintiff and Dr. Sperry to refund the difference between that demanded rate and the rate determined by the Court to be reasonable. The Court clearly has authority to make such an order even though the deposition has been completed. See *Goldwater v. Postmaster General of the United States*, 136 F.R.D. 337 (D. Conn. 1991).

Sincerely,

DAVID W. HAMILTON
Deputy Attorney General

For   EDMUND G. BROWN JR.
Attorney General

cc:   All counsel