EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General
DAVID W. HAMILTON, State Bar No. 88587
Deputy Attorney General
  1515 Clay Street 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2193
  Fax:  (510) 622-2121
  Email:  David.Hamilton@doj.ca.gov

S. MICHELE INAN, State Bar No. 119205
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5474
  Fax:  (415) 703-5480
  Email:  Michele.Inan@doj.ca.gov

Attorneys for Defendants State of California
and Larry Depee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SYLVIA MAHACH-WATKINS, Individually and as the Successor in Interest to the Estate of JOHN JOSEPH WAYNE WATKINS,**<br><br>                          Plaintiff,<br><br>v.<br><br>**LARRY DEPEE, STATE OF CALIFORNIA, and DOES 1 through 100, Inclusive,**<br><br>                          Defendants. | C-05-1143-SI<br><br>**[Proposed] ORDER ALLOWING DEFENDANTS' ATTORNEYS AND LARRY DEPEE, KEITH DOYLE, JIM NORRIS AND JARED ZWICKEY TO TRANSPORT EQUIPMENT AND DEMONSTRATIVE EXHIBITS FOR TRIAL**<br><br>Courtroom: 10, 19th Floor<br>Judge:  Hon. Susan Illston<br><br>**Trial Date:  July 24, 2007** |

The Court grants permission to defendants' attorneys Michele Inan and David Hamilton, and their staff and expert witnesses, to bring the following equipment to trial:

1) two laptop computer(s) with auxillary speakers, projector, cables, power strip, extra monitor, and screen;  2) small audiovisual table and skirt;  3) document projector with box of spare light bulbs; 4) five extra extension cords;  and  5) three easels and a pointer.

The Court also grants permission to defendants' attorneys, their staff, CHP Officer Larry Depee, Crescent City Police Detective Keith Doyle, and defendants' expert witnesses, Jared Zwickey and Jim Norris, to bring the following demonstrative exhibits to trial:  1) six oversize poster boards depicting scene of incident;  2) two bicycles;  3)  metal flashlight;  4) two metal gun cartridge casings;  5) one spent bullet;  6) ASP (collapsible baton);  7) portable radio; 8) CHP badge;  9) clothing of defendant officer worn the night of the incident; 10) three small anatomical dolls with rods (to demonstrate bullet trajectory); 11) .40-caliber Smith & Wesson semiautomatic handgun (without ammunition but with empty magazine); 12) Airsoft gas-operated training pistol (incapable of firing live ammunition);   and 13) Sam Brown belt and holster for pistol.

IT IS SO ORDERED:

DATED: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE