BEATIFICATO & ASSOCIATES
Mary Helen Beatificato (State Bar No.: 220936)
2 Venture Plaza, Suite 380
Irvine, California 92618
Telephone: (949) 585-0483
Facsimile: (949) 585-0480
E-Mail: mh@oclitigators.com

Tory M. Pankopf (State Bar No.: 202581)
LAW OFFICES OF TORY M. PANKOPF
611 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (530) 725-8263
Facsimile: (530) 725-8264
E-Mail: tppankopf@sbcglobal.net

Attorneys for Plaintiff
SYLVIA MAHACH-WATKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MAHACH-WATKINS, Individually and as the Successor In Interest to the Estate of JOHN JOSEPH WAYNE WATKINS, <br><br> Plaintiffs, <br><br> v. <br><br> LARRY DEPEE, STATE OF CALIFORNIA, and DOES 1 through 100, Inclusive, <br><br> Defendants. | Case No. C-05-1143-SI <br><br> [The Honorable Susan Illston] <br><br> **[PROPOSED] ORDER ALLOWING PLAINTIFF'S ATTORNEY AND CRESCENT CITY POLICE DEPARTMENT'S CUSTODIAN OF EVIDENCE TO PASS THROUGH THE COURT'S SECURITY WITH TRIAL EQUIPMENT, DEMONSTRATIVE EVIDENCE, AND PHYSICAL EVIDENCE** <br><br> TRIAL DATE: July 24, 2007 <br> TIME: 8:30 A.M. <br> ROOM: 10, 19th Floor |

The Court grants permission to plaintiff's attorneys TORY M. PANKOPF and MARY HELEN BEATIFICATO, their staff, expert witnesses, and representatives from the Crescent City Police Department to bring the following equipment and evidence to trial: 1) Three laptop computers; 2) Sympodium (external monitor); 3) Image Projector; 4) Equipment: speakers,

1
**[Proposed] Order**

1  computer cables, power strips, monitor, extension cords, laser pointer, light bulbs; 5) Audio
2  visual board; 6) printer; 7) scanner; 8) Decedent's bicycle; 9) small office supplies: stapler, two
3  hole punch, paperclips, binder clips; 10) Decedent's clothing.

IT IS SO ORDERED.

DATED: July ____, 2007

                                         Hon. Susan Illston
                                         United States District Court