IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA MAHACH-WATKINS, individually
and as the successor in interest to the Estate of
JOHN JOSEPH WAYNE WATKINS,

               Plaintiff,

  v.

LARRY DEPEE and THE STATE OF
CALIFORNIA,

               Defendants.
                             /

No. C 05-1143 SI

**ADVICE TO COUNSEL RE: VERDICT
FORM**

     The Court has reviewed the proposed verdict form filed by defendants earlier today, and has received no opposition to it from plaintiff. The Court finds the proposed verdict form appropriate and plans to provide it to the jury at the outset of its deliberations.

     **IT IS SO ORDERED.**

Dated: August 3, 2007

                                               SUSAN ILLSTON
                                             United States District Judge

United States District Court
For the Northern District of California