IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHACH-WATKINS ET AL, | No. C 05-01143 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEPEE ET AL, | |
| Defendant. | |

This action came on for trial before Honorable Susan Illston, United States District Judge presiding. The issues having been tried before the Jury and special verdics t rendered on August 7th and 8th, respectively.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of plaintiff Sylvia Mahach-Watkins and against defendants Larry Depee and the State of California.

**IT IS SO ORDERED**.

Dated: 8/15/07

SUSAN ILLSTON
United States District Judge