BEATIFICATO & ASSOCIATES
Mary Helen Beatificato (State Bar No.: 220936)
2 Venture Plaza, Suite 380
Irvine, California 92618
Telephone: (949) 585-0483
E-Mail:  mh@oclitigators.com

Tory M. Pankopf (State Bar No.: 202581)
LAW OFFICES OF TORY M. PANKOPF
611 Sierra Rose Drive
Reno, Nevada 89511
Telephone:  (530) 725-8263
E-Mail: tppankopf@sbcglobal.net

Attorneys for Plaintiff
SYLVIA MAHACH-WATKINS

EDMUND G. BROWN, JR.
Attorney General of the State of California
TYLER P. PON, Supervising Deputy Attorney General
DAVID W. HAMILTON (State Bar No.: 88587)
S. MICHELE INAN (State Bar No.: 119205)
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, California 94612-0550
Telephone: (510) 622-2193
E-Mail:  David.Hamilton@doj.ca.gov
E-Mail:  Michele.Inan@doj.ca.gov

Attorneys for Defendants
STATE OF CALIFORNIA AND LARRY DEPEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MAHACH-WATKINS, Individually and as the Successor In Interest to the Estate of JOHN JOSPEH WAYNE WATKINS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LARRY DEPEE, STATE OF CALIFORNIA, and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants. | Case No. C-05-1143-SI<br><br>[The Honorable Susan Illston]<br><br>**STIPULATION AND ORDER RE: FILING DEADLINES FOR MOTION FOR NEW TRIAL, BILL OF COSTS AND MOTION FOR ATTORNEY FEES** |

-1-
**STIPULATION AND ORDER RE: FILING DEADLINES**

WHEREAS, Federal Rules of Civil Procedure Rule 59 and Local Rule 6-2 permits the parties to stipulate to extend time frames set in the Local Rules or in the Federal Rules; and

WHEREAS, the parties have agreed to extend the time frames relating to motions for new trial, bills of costs, and motion for attorney fees, in accordance with the following terms and conditions:

1. <u>Opposition to Motion for New Trial</u>: Pursuant to Federal Rules of Civil Procedure Rule 59(c), Defendants have until September 12, 2007 to file affidavits opposing Plaintiff's Motion for a New Trial. This time period shall be extended for an additional twenty days, thus allowing Defendants up to and including October 2, 2007 to file said opposition.

2. <u>Bill of Costs</u>: Pursuant to Local Rule 54-1, a prevailing party shall have 14 days after entry of judgment to serve and file a bill of costs (August 29, 2007). The parties agree that this time period shall be extended until September 12, 2007. All other time frames with respect to the filing of objections to claimed costs and/or motions to tax costs shall remain the same as provided for in Local Rule 54-2 & 54-5.

3. <u>Motion for Attorney Fees and Costs</u>: Pursuant to Local Rule 54-6, a motion for award of attorney fees must be served and filed within 14 days after entry of judgment. The parties agree that this time period shall be extended until 14 days after the Court's ruling on Plaintiff's Motion for New Trial.

DATED: August 22, 2007 　　　　　　　　　/S/
MARY HELEN BEATIFICATO
Attorney for Plaintiff,
SYLVIA MAHACH-WATKINS

DATED: August 22, 2007 　　　　　　　　　/S/
DAVID HAMILTON,
Attorneys for Defendants
STATE OF CALIFORNIA & LARRY DEPEE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: August __8/24_, 2007

/s/ Maxine Chesney

UNITED STATES DISTRICT JUDGE

-2-
**STIPULATION AND ORDER RE: FILING DEADLINES**