UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MAHACH-WATKINS, Individually and as the Successor In Interest to the Estate of JOHN JOSPEH WAYNE WATKINS,<br><br>                Plaintiff,<br>  vs.<br><br>LARRY DEPEE, STATE OF CALIFORNIA, and DOES 1 through 100, Inclusive,<br><br>                Defendants. | Case No.: C-05-1143-SI<br><br>[The Honorable Susan Illston]<br><br>**[Proposed] Order**<br><br>DATE:<br>TIME:         9:00 A.M.<br>COURTROOM: 10 |

    THE COURT HAS reviewed the application of Plaintiff, SYLVIA MAHACH-WATKINS ("Plaintiff"), for an order extending the time for all parties to file a notice of appeal from the entry of order disposing of her motion for attorney's fees.

    THE COURT HAS DETERMINED that: 1) the Plaintiff has timely filed her motion for attorney's fees under Rule 54(d)(2); and 2) a notice of appeal has not been filed and has not become effective.

    IT IS ORDERED that the Plaintiff's motion for attorney's fees shall have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

-1-

**[Proposed] Order**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. |
| 3 | |
| 4 | Dated: November 21, 2007 |
| 5 | _____ |
| | SUSAN ILLSTON |
| 6 | UNITED STATES DISTRICT JUDGE |

10  Respectfully Submitted by,
11  ***TORY M. PANKOPF LTD.***
13  BY: _____/S/_____
14  TORY M. PANKOPF,
     Attorney for Plaintiff,
15  SYLVIA MAHACH-WATKINS