United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MAHACH-WATKINS, Individually and as the Successor in Interest to the Estate of JOHN JOSEPH WAYNE WATKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LARRY DEPEE, et al.,<br><br>　　　　Defendants. | No. C 05-1143 SI<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

Plaintiff's motion for attorneys' fees is scheduled for a hearing on January 18, 2008. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument and VACATES the hearing. The Court will issue an order on the attorneys' fees motion, as well as the parties' pending bills of costs, shortly.

**IT IS SO ORDERED.**

Dated: January 16, 2008

SUSAN ILLSTON
United States District Judge