UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MAHACH-WATKINS, Individually and as the Successor In Interest to the Estate of JOHN JOSPEH WAYNE WATKINS,<br><br>Plaintiff,<br>vs.<br><br>LARRY DEPEE, STATE OF CALIFORNIA, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: C-05-1143-SI<br><br>[The Honorable Susan Illston]<br><br>**[Proposed] Order**<br><br>DATE:<br>TIME:          A.M.<br>COURTROOM:  10 |

THE COURT HAS reviewed the application of Plaintiff, SYLVIA MAHACH-WATKINS ("Plaintiff"), for an order extending the time for all parties to file a notice of appeal from the entry of order disposing of her renewed motion for costs.

IT IS ORDERED that the Plaintiff's renewed motion for costs pursuant to Section 1988 shall have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**ORDER**

IT IS SO ORDERED.

Dated: March ____, 2008

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by,

***TORY M. PANKOPF LTD.***

BY: _____/S/_____
      TORY M. PANKOPF,
      Attorney for Plaintiff,
      SYLVIA MAHACH-WATKINS